# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL JOSEPH MALDONADO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN SCRIBNER,<br><br>　　　　　　Respondent. | 1:06-CV-01446 AWI NEW (DLB) HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #6]<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On January 24, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED for failure to state a cognizable claim for relief and for failure to exhaust state remedies. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within ten court days (plus three days for mailing) of the date of service of the order. The time for filing objections has passed and no party has objected.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

*novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Findings and Recommendation issued January 24, 2007, is ADOPTED IN FULL;

      2. The petition for writ of habeas corpus is DISMISSED; and

      3. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   March 13, 2007**                  **/s/ Anthony W. Ishii**
0m8i78                                            UNITED STATES DISTRICT JUDGE